UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
JEWEL RANKIN, individually on behalf      :
of and all others similarly situated,     :     Case No. 1:20-cv-01756-RRM-PK
                                          :
              Plaintiff,                  :     **JOINT STATUS REPORT**
                                          :
       -against-                          :
                                          :
ARCA CONTINENTAL S.A.B. DE                :
C.V., (D/B/A ARCA CONTINENTAL)            :
AND OLD LYME GOURMET COMPANY              :
(D/B/A DEEP RIVER SNACKS),                :
                                          :
              Defendants.                 :
------------------------------------------x

Plaintiff Jewel Rankin ("Plaintiff") and Defendant Old Lyme Gourmet Company ("Old Lyme" or "Defendant"), through their undersigned counsel, submit the following Joint Status Report on the progress of the limited discovery in this case as required by the Court's minute Order of May 4, 2021.

## Parties' Joint Update on Discovery Status

The following represents activity that has occurred since the last status report to this Court on December 4, 2020 (ECF No. 20):

1. The parties held a meet and confer on December 8, 2020. During the meet and confer, Old Lyme requested from Plaintiff an update on the outstanding items detailed in Old Lyme's deficiency letters to Plaintiff dated October 12, 31 and December 3, 2020. Plaintiff's counsel indicated that they would look into outstanding items from that correspondence, and confirm whether Plaintiff was in possession of any responsive documents. Old Lyme agreed to continue its rolling productions.

2. On April 26, 2021, Old Lyme made its third production of documents to Plaintiff. Old Lyme continues to search for and produce responsive documents.

3. In the cover e-mail transmitting its April 26, 2021 production, Old Lyme again inquired about Plaintiff's response to the outstanding items detailed in Old Lyme's deficiency letters dated October 12, 31, and December 3, 2020, and asked Plaintiff's counsel to provide a timeframe in which Plaintiff will be producing documents.

4. As of the date of this submission, Old Lyme has not received a response from Plaintiff's counsel with respect to the outstanding items detailed in Old Lyme's deficiency letters dated October 12, 31, and December 3, 2020, and Plaintiff has not produced any documents.

5. Although Plaintiff has not yet cured these deficiencies or produced documents, the parties are attempting to resolve these discovery issues without burdening the Court.

6. Old Lyme states that, although the backdrop of the global pandemic continues to present challenges in locating and gathering potentially responsive materials, it has been diligently searching for, collecting, and reviewing potentially relevant ESI and will continue to produce responsive documents on a rolling basis until its production is complete.

Dated: New York, New York
May 7, 2021

By: */s/ Michael R. Reese*
Michael R. Reese
Reese LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
mreese@reesellp.com

Spencer Sheehan
Sheehan & Associates, P.C.
505 Northern Boulevard, Suite 311
Great Neck, New York 11021
spencer@spencersheehan.com

*Attorneys for Plaintiff*

By: */s/ Meghana D. Shah*
Meghana D. Shah
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
(212) 389-5000
meghanashah@eversheds-sutherland.com

Melissa L. Fox
Eversheds Sutherland (US) LLP
999 Peachtree Street, N.E.
Suite 2300
Atlanta, Georgia 30309
(404) 853-8000
melissafox@eversheds-sutherland.com

*Attorneys for Defendant*
*Old Lyme Gourmet Company*

46117674.1

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Joint Status Report have been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 7th day of May, 2021.

Dated:  New York, New York
        May 7, 2021

By: /s/ *Meghana D. Shah*
Meghana D. Shah

46117674.1