**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JEWEL RANKINS, individually and on behalf of all others similarly situated, | Case No.: 1:20-cv-1756-ENV-TAM |
| Plaintiff, | |
| -against- | |
| ARCA CONTINENTAL S.A.B. DE C.V., (d/b/a ARCA CONTINENTAL) and OLD LYME GOURMET COMPANY (d/b/a DEEP RIVER SNACKS), | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF NOTICE PLAN, AND LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Jewel Rankins ("Rankins"), as well as Darren Wong ("Wong") also named in the proposed Amended Complaint attached as Exhibit E to the Settlement Agreement (collectively, the "Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully moves this Court for an Order preliminarily approving the proposed class action settlement filed concurrently with this motion ("Settlement Agreement"), approving the notice plan, scheduling a final approval hearing as set forth in the Settlement, and granting Plaintiff leave to file the Amended Complaint attached as Exhibit E to the Settlement Agreement. Specifically, Plaintiff asks the Court to enter the proposed Order, thereby

1. Granting Plaintiff leave to file the Amended Complaint attached as Exhibit E to the Settlement Agreement;

2. Preliminarily certifying the Settlement Class for purpose of settlement only;

3. Appointing Plaintiffs Rankins and Wong as the class representatives and their counsel as Class Counsel;

4. Preliminarily approving the Settlement Agreement;

5. Approving the Notice Plan;

6. Appointing Epiq Class Action & Claims Solutions, Inc. as Settlement Administrator and directing it to commence the Notice Plan; and

7. Scheduling a Fairness Hearing to consider final approval of the Settlement.

In support of this Unopposed Motion, Plaintiff relies on the attached Memorandum of Law, as well as the Declaration of Charles D. Moore, the Declaration of Cameron R. Azari of Epiq Class Action & Claims Solutions, Inc., and their supporting exhibits, and all documents filed therewith.

Dated: July 1, 2024                    Respectfully submitted,


*/s/ Charles D. Moore*
Charles D. Moore
*cmoore@reesellp.com*
**REESE LLP**
121 N. Washington Ave., 4th Floor
Minneapolis, Minnesota 55401
Telephone: (212) 643-0500

**REESE LLP**
Michael R. Reese
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan
60 Cuttermill Rd., Suite 412
Great Neck, New York 11021
Tel: (516) 268-7080
*spencer@spencersheehan.com*


*Counsel for Plaintiffs and the Proposed Class*