**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEWEL RANKINS and DARREN WONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>OLD LYME GOURMET COMPANY (d/b/a DEEP RIVER SNACKS),<br><br>Defendant. | Case No.: 1:20-cv-1756-ENV-TAM |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND
FINAL CERTIFICATION OF SETTLEMENT CLASS**

PLEASE TAKE NOTICE that on May 15, 2025, at 10:00 a.m. in Courtroom 13D at the United States District Court for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York, Plaintiffs Jewel Rankins and Darren Wong and Class Counsel will and hereby do request that the Court issue an order granting: (a) final approval of the class action settlement; and (b) final certification of the settlement class pursuant to Federal Rule of Civil Procedure 23. Additionally, in accordance with Local Rule 23.1, Class Counsel hereby gives notice that the names and addresses of all applicants for fees are listed below in the signature block and that if the payment for fees is granted as requested, Reese LLP will receive $803,333.33 and Sheehan & Associates, P.C. will receive $530,000.

This motion is based on the accompanying memoranda of points and authorities; the Settlement and exhibits thereto (ECF No. 55); the Declaration of Charles Moore in Support of Plaintiffs' Unopposed Motion for Final Approval, filed concurrently herewith; the Declaration of Cameron Azari re: Notice and Administration filed herewith; the argument of counsel; all papers and records on file in this matter; and such other matters as the Court may consider.

Dated: April 1, 2025                                      Respectfully submitted,


**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan
60 Cuttermill Rd., Suite 412
Great Neck, New York 11021
Tel: (516) 268-7080
*spencer@spencersheehan.com*

**REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
*mreese@reesellp.com*

Charles D. Moore
121 N. Washington Ave., 2nd Floor
Minneapolis, Minnesota 55401
Telephone: (212) 643-0500
*cmoore@reesellp.com*

*Court Appointed Co-Lead Class Counsel*